USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHAEL KELLEHER,

          Defendant.

ORDER

21 Cr. 288 (VM)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Debra Freeman on December 1, 2021;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: New York, New York
       December 29, 2021

_____
Victor Marrero
U.S.D.J.
SOUTHERN DISTRICT OF NEW YORK