USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :      **21 CR 288 (VM)**
        -against-                  :
                                   :      ORDER
MICHAEL KELLEHER                   :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant, currently scheduled for February 4, 2022, is hereby rescheduled until March 18, 2022 at 10:00 a.m.

**SO ORDERED:**

Dated:   New York, New York
         29 December 2021

_____
Victor Marrero
U.S.D.J.