**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :    **21 CR 288 (VM)**
                                   :
MICHAEL KELLEHER,                  :    ORDER
                                   :
                Defendant.         :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The sentencing of the above-named defendant, currently scheduled for June 17, 2022, is hereby rescheduled for Friday, July 1, 2022 at 1:00 p.m.

**SO ORDERED.**

Dated:   New York, New York
         13 April 2022

_____
Victor Marrero
U.S.D.J.